AO 91 (Rev. 11/11) Criminal Complaint

AUSA: Kranz  Telephone: (989) 895-5712
Special Agent: Killian Frisch, BIA  Telephone: (218) 308-4499

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
   v.
David Warren Tice

Case No.  1:24-mj-30094
Judge: Morris, Patricia T.
Filed: 03-12-2024

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __February 23, 2024__ in the county of __Isabella__ in the __Eastern__ District of __Michigan__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Count 1: 21 U.S.C. §841(a)(1) | Possess with Intent to Distribute Methamphetamine |
| Count 2: 18 U.S.C. §922(g)(1) | Felon in Possession of a Firearm |
| Count 3: 18 U.S.C. §924(c) | Possession of a Firearm in Furtherance of a Drug Trafficking Crime |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

_Complainant's signature_

Killian Frisch, Special Agent, BIA
_Printed name and title_

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Date: __March 12, 2024__

_Judge's signature_

City and state: __Bay City, Michigan__

Patricia T. Morris, United States Magistrate Judge
_Printed name and title_

## AFFIDAVIT IN SUPPORT OF
## AN APPLICATION FOR A CRIMINAL COMPLAINT

I, Killian Frisch, being first duly sworn, hereby depose and state as follows:

### EXECUTIVE SUMMARY

1. The Bureau of Indian Affairs is conducting an investigation into the arrest of David Warren TICE (XX/XX/1964). TICE was found to be in possession of over 900 grams of methamphetamine, and a loaded Colt .38 Special revolver with the drugs and within reach of TICE. Based on the information in this affidavit there is probable cause to believe that on February 23, 2024, TICE was in violation of 18 U.S.C. §922(g)(1), 18 USC 924(c), and 21 USC 841(a)(1).

### INTRODUCTION AND BACKGROUND

2. I am a Special Agent employed with the Bureau of Indian Affairs (BIA), and have been so employed for approximately 3 years and have been a law enforcement officer for approximately 8 years. I received training in and have experience with the investigation of federal firearm and narcotics violations. I personally investigated and assisted in numerous of cases, which led to search warrants, arrests, prosecutions, and the seizure of large quantities of narcotics and firearms.

3. I make this affidavit from personal knowledge based on my participation in this investigation, communications with other law enforcement

1

officers, and others who have personal knowledge of the events and circumstances described herein, and information gained through my review of relevant documents related to this investigation. The information outlined below is provided for the limited purpose of establishing probable cause and does not contain all details or all facts of which I am aware relating to this investigation.

4. I am currently investigating David Warrant TICE date of birth XX/XX/1964, for violation of Title 18 U.S.C. §922(g) – Possession of a firearm by a felon, 18 U.S.C. §924(c) – Possession of a Firearm in Furtherance of a Drug Crime, and 21 U.S.C. §841(a)(1) – Possession with Intent to Distribute Methamphetamine.

## PROBABLE CAUSE

5. On February 23, 2024, the Michigan State Police performed a stop on a vehicle driven by TICE for numerous traffic violations.

6. The traffic stop was made on US10 in Isabella County. This is the Northern Division, Eastern District of Michigan.

7. During the traffic stop Dep. Zach Ferrier of the Isabella County Sheriff's Department had his K9 sniff the outside of TICE's car and the K9 indicated there were illegal drugs inside.

8. Pursuant to the automobile exception the police searched TICE's car. Inside they located a bowling ball bag directly behind the driver's seat where TICE had been sitting. Inside the bag police found over 900 grams of a mixture containing methamphetamine and a loaded Colt .38 special revolver. This bowling ball bag could be fairly easily accessed by TICE when he was in the car.

9. TICE waived Miranda and agreed to speak to the police. TICE admitted that he bought the methamphetamine found in the car from someone in Flint for $5,000.

10. Affiant was told that ATF determined that the Colt revolver discovered in this case was manufactured outside of Michigan.

11. TICE is a previously convicted felon for a prior conviction 2007, in which he was found guilty of Possess with Intent to Distribute over 500 grams of a mixture or substance containing methamphetamine in federal court.

12. Based on the foregoing, I have probable cause to believe that on February 23, 2024, in the Eastern District of Michigan, David Warren TICE, a previously convicted felon was in violation of 18 U.S.C. 922(g)(1) – felon in possession of a firearm, 18 U.S.C 924(c) – Possession of a

Firearm in a Drug Trafficking Crime, and 21 U.S.C. 841(a)(1) – Possession with Intent to Distribute Methamphetamine.

Respectfully submitted,

_____
Killian Frisch, Special Agent
Bureau of Indian Affairs

Sworn to before me and signed in my
presence and/or by reliable electronic means.

_____
Hon. PATRICIA T. MORRIS
UNITED STATES MAGISTRATE JUDGE

4